JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION<br><br>    Defendants. | Case No.:   8:21-cv-00691-JLS-KES<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) (Doc. 41)** |

   The Court having considered the Stipulation to Dismiss Action With Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) entered into by and between Plaintiff Melissa Miller and Defendant Nissan Motor Acceptance Company, LLC s/h/a Nissan Motor Acceptance Corporation ("NMAC") (Doc. 41), and good cause appearing therefor,

   The Stipulation is APPROVED;

   NMAC is dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

   The Parties shall bear their own fees and costs, including all attorneys' fees, incurred in connection with this action; and

   The Court shall retain jurisdiction for purpose of enforcing the terms of the settlement agreement entered into by the Parties.

   **IT IS SO ORDERED.**

Dated: April 29, 2022

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE